# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| CAYMAN C. COCCO, | Case No. 1:16-cv-1082 |
| Plaintiff, | Judge Timothy S. Black |
| | Magistrate Judge Karen L. Litkovitz |
| vs. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

# DECISION AND ENTRY
# ADOPTING THE REPORT AND RECOMMENDATION
# OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 19)

This case is before the Court pursuant to the Order of General Reference to United States Magistrate Judge Karen L. Litkovitz. Pursuant to such reference, the Magistrate Judge reviewed the pleadings filed with this Court and, on August 17, 2018, submitted a Report and Recommendation. (Doc. 19). No objections were filed.

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that the Report and Recommendation should be and is hereby **ADOPTED** in its entirety.

Accordingly, for the reasons stated above, the Plaintiff's motion for approval of the parties' joint stipulation for an award of attorney fees and costs (Doc. 18) is

**GRANTED** and Plaintiff is awarded a total of **$2,775.00** in attorney fees and costs under the Equal Access to Justice Act.

**IT IS SO ORDERED.**

Date: 10/10/2018 */s/ Timothy S. Black*
Timothy S. Black
United States District Judge